

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

In the interest of B.G.O. and T.D.H., children,

\* From the 326th District Court
  of Taylor County
  Trial Court No. 49,324-C.

No. 11-19-00151-CV

\* February 14, 2020

\* Memorandum Opinion by Bailey, C.J.
  (Panel consists of: Bailey, C.J.,
  Stretcher, J., and Wright, S.C.J., sitting
  by assignment)
  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Appellant.